JEAN PFISTER, Respondent, *v.* ABE COOPERSMITH, Appellant.

Argued March 16, 1948; decided May 20, 1948.

*Frank S. Samansky* for appellant.

*John P. McGrath, Corporation Counsel* (*Stanley Buchsbaum* of counsel), for City of New York, *amicus curiæ,* in support of appellant's position.

*Salvator Milazzo* for respondent.

Appeal dismissed, without costs, unless the appellant within ten days files a stipulation for order absolute. (See N. Y. Const., art. VI, § 7, subds. 3, 6; *Floyd-Jones* v. *Schaan,* 203 N. Y. 568; *Travelers Ins. Co.* v. *Schachner,* 280 N. Y. 758.) No opinion.\*

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

\* Stipulation for order absolute filed on May 21, 1948.— [REP.